

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-15-00351-CV

| | | |
|---|---|---|
| Sarah Swanson | § | From the 442nd District Court |
| | § | of Denton County (14-02914-158) |
| v. | § | August 18, 2016 |
| Town Of Shady Shores | § | Opinion by Justice Gardner |

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed. It is ordered that the appeal is dismissed for want of jurisdiction.

SECOND DISTRICT COURT OF APPEALS

By _/s/ Anne Gardner_____
    Justice Anne Gardner